UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN
MILWAUKEE DIVISION

ERIK KAMPA,

      Plaintiff,

  v.

H-Q PACK, INC.

      Defendant

Case No. 22-cv-1019

## ORDER APPROVING SETTLEMENT

Based on the Joint Motion for Approval of Settlement, filed by Plaintiff, Erik Kampa, and Defendant, H-Q Pack, Inc. (collectively, the "Parties"), the stipulation of the Parties and the factual representations set forth therein and the exhibits attached thereto, the Court hereby approves the Confidential Settlement Agreement and General Release attached as Exhibit A to the Joint Motion for Approval of Settlement.

SO ORDERED, this ___ day of _____, 2023.

_____
U.S. District Judge