UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ERIK KAMPA,

            Plaintiff,

    v.                                                    Case No. 22-cv-1019-bhl

HQ-PACK, INC.,

            Defendant.

## ORDER APPROVING SETTLEMENT AND DISMISSING CASE

The parties filed a Joint Motion for Approval of Settlement. (ECF No. 19.) The Settlement Agreement and General Release, attached as Exhibit A (ECF No. 19-1), appears to be a fair and reasonable resolution of a bona fide dispute. Accordingly, the Court **GRANTS** the motion. The case is **DISMISSED with prejudice**.

Dated at Milwaukee, Wisconsin on February 6, 2023.

                                    s/ *Brett H. Ludwig*
                                    BRETT H. LUDWIG
                                    United States District Judge